IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARJORIE E. MELLON | : |
| | : |
| v. | : Civil Action No. 08-71 GMS |
| | : |
| MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY | : |
| | : |

## **ORDER**

WHEREAS, on February 4, 2008, a complaint was filed in the above-captioned case (D.I. 2);

WHEREAS, on May 2, 2008, an Answer to the Complaint was filed by Michael Astrue (D.I. 7);

WHEREAS, on May 5, 2008, the parties were directed to submit a briefing schedule to the court by no later than June 5, 2008 (D.I. 8);

WHEREAS, to date, the court's docket reflects no further contact with the court by the parties;

IT IS HEREBY ORDERED that:

1. The plaintiff is directed to SHOW GOOD CAUSE, in writing, within thirty (30) days from the date of this Order, as to why the above-captioned case should not be dismissed for failure to prosecute.

    2. If the plaintiff fails to show cause, in writing, within thirty (30) days, this case shall be dismissed without prejudice, and without further notice, pursuant to District of Delaware Local Rule 41.1.



CHIEF UNITED STATES DISTRICT JUDGE

June 25, 2008

FILED

JUN 2 5 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE